# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHN L. STINSON, JR., SHARIKA HORTON, NATHANIEL RAY JOHNSON, HELEN MARIE SCHLUETER, individually and behalf of other similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION<br><br>    Defendant. | CIVIL ACTION NO.<br>1:22-cv-01342-TWT |

## JOINT MOTION TO CONDITIONALLY CERTIFY CLASS AND APPROVE COLLECTIVE ACTION NOTICE

COME NOW, Plaintiffs John L. Stinson, Jr., Sharika Horton, Nathaniel Ray Johnson, Helen Marie Schlueter ("Plaintiffs") and Defendant Lockheed Martin Company ("Defendant"), and jointly move this Court to conditionally certify the action and approve their Collective Action Notice, showing the Court as follows:

1.

Pursuant to the Scheduling Order [Ecf. 18, p. 4] Plaintiffs and Defendant have conferred regarding the Scope of Conditional Certification and submit this proposed Motion within thirty (30) days of the close of limited discovery.

1

2.

The Parties have entered into certain, proposed stipulations regarding the scope of conditional certification, notice to potential members of the collective, and certain deadlines. The proposed stipulations are attached as Exhibit 1.

3.

The Parties have also reached agreement regarding the form of the Notice to potential members of the collective, which is attached hereto as Exhibit 2.

4.

A proposed Order granting this Motion is attached as Exhibit 3.

5.

The Parties respectfully request that this Court enter an Order granting this Motion and approving the Stipulation to Conditional Certification and Notice of Collective Action attached hereto as Exhibit 1 and Exhibit 2, respectively.

Respectfully submitted this 7th day of November, 2022.

<div style="display: flex;">

<div>

*/s/Douglas R. Kertscher*
Douglas R. Kertscher
Julie H. Burke
Hill, Kertscher & Wharton LLP
3625 Cumberland Blvd.
Suite 1050
Atlanta, GA 30339
Telephone: 770-953-0995
Fax: 770-953-1358
drk@hkw-law.com
jb@hkw-law.com
Counsel for Plaintiff

</div>

<div>

*/s/ Douglas H. Duerr*
ELARBEE, THOMPSON, SAPP &
WILSON, LLP
Stanford G. Wilson
Sharon P. Morgan
Douglas H. Duerr
229 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30303
Telephone: (404) 659-6700
Facsimile: ( 404) 222-9718
swilson@elarbeethompson.com
morgan@elarbeethompson.com
duerr@elarbeethompson.com
Counsel for Defendant

</div>

</div>

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **JOHN L. STINSON, JR., SHARIKA HORTON, NATHANIEL RAY JOHNSON, HELEN MARIE SCHLUETER,** individually and behalf of other similarly situated individuals,<br><br>       Plaintiff**,**<br><br>**vs.**<br><br>**LOCKHEED MARTIN CORPORATION,**<br><br>       Defendant**.** | CIVIL ACTION FILE NO.:<br>**1:22-cv-01342-TWT**<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

This is to certify that I have on this date caused to be served upon all counsel a true and correct copy of the within and foregoing **JOINT MOTION TO CONDITIONALLY CERTIFY CLASS AND APPROVE COLLECTIVE ACTION NOTICE** with the Clerk of the Court using the CM/ECF system that automatically sends e-mail notification of such filing to counsel of record.

This 7th day of November, 2022.

       /s/ Douglas R. Kertscher
       Douglas R. Kertscher
       Georgia Bar No. 416265

4