# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JOHN L. STINSON, JR., SHARIKA HORTON, NATHANIEL RAY JOHNSON, HELEN MARIE SCHLUETER, individually and behalf of other similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> LOCKHEED MARTIN CORPORATION <br><br> Defendant. | CIVIL ACTION NO. 1:22-cv-01342-TWT |

**[PROPSED] ORDER GRANTING JOINT MOTION TO CONDITIONALLY
CERTIFY COLLECTIVE ACTION AND
<u>APPROVE COLLECTIVE ACTION NOTICE</u>**

Before the Court is the Parties' Joint Motion to Conditionally Certify Collective Action and Approve Collective Action Notice. Having considered the Parties' pleadings, IT IS HEREBY ORDERED that this case is conditionally certified as a collective action pursuant to 29 U.S.C. 216(b) and will proceed accordingly until further order of the Court.

It is further ORDERED that, for the purposes of conditional certification, the collective action class shall be defined as: "Current and former Fire Fighters that

worked for Lockheed Martin Corporation at either the Marietta, Georgia or Fort Worth, Texas location at some time during the period beginning three years prior to the date of this Order to the present, who had fire suppression duties as a job function. With respect to individuals that have already filed a Consent to Join this action, they shall be considered part of the collective if they worked as a current or former Fire Fighters that worked for Lockheed Martin Corporation at either the Marietta, Georgia or Fort Worth, Texas location at some time during the period beginning three years prior to the filing of his/her consent to join, who had fire suppression duties as a job function."

It is further ORDERED that the stipulations set forth in the Parties' Stipulation to Conditional Certification attached as Exhibit 1 to the Joint Motion shall be adopted.

It is further ORDERED that notification of the collective action may be issued by sending the "Notice of Collective Action Lawsuit" in the form notice attached as Exhibit 2 to the Joint Motion.

It is so ORDERED, this the ____ day of _____, 2022.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE