IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN L. STINSON, JR., SHARIKA HORTON, NATHANIEL RAY JOHNSON, HELEN MARIE SCHLUETER, individually and behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION<br><br>Defendant. | CIVIL ACTION NO.<br>1:22-cv-01342-TWT |

## ORDER GRANTING AMENDED MOTION TO APPROVE SETTLEMENT AGREEMENT

This matter came before the Court on the parties' Amended Joint Motion for Approval of FLSA Settlement and Dismissal of Action. Based on the memoranda, exhibits, and all the files and proceedings here, the Court makes the following:

1. The Parties' Joint Amended Motion for Settlement Approval of FLSA Settlement is **GRANTED**;

2. The Parties' Settlement Agreement is approved as a fair, reasonable, and adequate resolution of a bona fide dispute;

3. The Parties' proposed settlement terms and distribution of payments set forth in the Settlement Agreement are **APPROVED**;

1

4. Plaintiffs' Counsel's request for fees and litigation costs in the amount of $100,000 paid by Defendant and Plaintiffs' Counsel's request for fees and litigation costs of Twenty-One and One-Half Percent (21.5%) of the total award payable to such Plaintiff from each of the Plaintiffs is **GRANTED**; and

5. This case is **DISMISSED WITH PREJUDICE**.

SO ORDERED this 15th day of May, 2023.

_____
Honorable Thomas W. Thrash, Jr.
UNITED STATES DISTRICT JUDGE